Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INC., ) <br><br> Plaintiff(s), ) <br><br> v. ) <br><br> MEDASSETS, INC.; NTHRIVE INC., ) <br><br> Defendant(s). ) | Case No: 3:16-cv-05962 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Jeffrey C. Morgan, an active member in good standing of the bar of U.S.D.C. N.D. Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: MedAssets, Inc. and nThrive, Inc. in the above-entitled action. My local co-counsel in this case is Stephen R. Mick, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Barnes & Thornburg LLP, 3475 Piedmont Rd., N.E., Ste. 1700, Atlanta, GA 30305 | Barnes & Thornburg LLP, 2029 Century Park East, Ste 300, Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (404) 846-1693 | (310) 284-3880 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jeff.morgan@btlaw.com | stephen.mick@btlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 522667.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/30/2016                                            Jeffrey C. Morgan
                                                                           APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jeffrey C. Morgan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, co-counsel designated in the application will constitute notice to the party.

Dated: 1/4/2017

**DENIED**
Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                         *October 2012*



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | } ss. |
| NORTHERN DISTRICT OF GEORGIA | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JEFFREY C. MORGAN, State Bar No. 522667,** was duly admitted to practice in said Court on March 8, 2004, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 29th day of December, 2016.

JAMES N. HATTEN
CLERK OF COURT

By: *Joyce White*
Joyce White
Deputy Clerk