ARNOLD & PORTER KAYE SCHOLER LLP
DOUGLAS A. WINTHROP (No. 183532)
douglas.winthrop@aporter.com
MICHAEL A. BERTA (No. 194650)
michael.berta@aporter.com
SEAN M. CALLAGY (No. 255230)
sean.callagy@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

Attorneys for Plaintiff
ADOBE SYSTEMS INC.


STEPHEN R. MICK (No. 131569)
email: stephen.mick@btlaw.com
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles, California 90067-3012
Telephone: 310.284.3880
Facsimile: 310.284.2894

JEFFREY C. MORGAN (*pro hac vice* application filed)
email: jeff.morgan@btlaw.com
BARNES & THORNBURG LLP
3475 Piedmont Road, N.E., Suite 1700
Atlanta, Georgia 30305
Telephone: 404.846.1693
Facsimile: 404.264.4033

Attorneys for Defendants
MEDASSETS, INC. AND NTHRIVE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INC., | No.  3:16-cv-05962-HSG |
| Plaintiff, | Action Filed: October 14, 2016 |
| v. | STIPULATION AND ORDER SELECTING ADR PROCESS |
| MEDASSETS, INC.; NTHRIVE INC., <br> Defendants. | |

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5, counsel report that they have met and conferred regarding ADR and have reached the following stipulation:

1. The parties agree to participate in the following ADR process: Mediation (ADR Local Rule 6); and

2. The parties agree to hold the Mediation by the presumptive deadline (90 days from the date of the order referring the case to ADR, unless otherwise ordered).

DATED: January 5, 2017.    ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Michael A. Berta*
Michael A. Berta

Attorneys for Plaintiff
ADOBE SYSTEMS INC.

DATED: January 5, 2017.    BARNES & THORNBURG LLP

By: */s/ Stephen R. Mick*
Stephen R. Mick

Attorneys for Defendants
MEDASSETS, INC.; NTHRIVE INC.

ATTESTATION OF FILER

I, Michael A. Berta, am the ECF user whose identification and password are being used to file this STIPULATION SELECTING ADR PROCESS. In compliance with Local Rule 5-1(i)(3), I hereby attest that Stephen R. Mick concurs in this filing.

By:  */s/ Michael A. Berta*
     MICHAEL A. BERTA

Pursuant to stipulation, IT IS SO ORDERED.

DATED: January 5, 2017.

_____
HAYWOOD S. GILLIAM, JR.
United States District Court Judge