Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INC.,                       )
                                          )    Case No: 3:16-cv-05962
                          Plaintiff(s),   )
                                          )    **APPLICATION FOR**
           v.                             )    **ADMISSION OF ATTORNEY**
                                          )    **PRO HAC VICE**
MEDASSETS, INC.; NTHRIVE INC.,            )    (CIVIL LOCAL RULE 11-3)
                                          )
                          Defendant(s).   )
                                          )

I, Jeffrey C. Morgan , an active member in good standing of the bar of
U.S.D.C. N.D. Georgia , hereby respectfully apply for admission to practice ***pro hac vice*** in the
Northern District of California representing: MedAssets, Inc. and nThrive, Inc. in the
above-entitled action. My local co-counsel in this case is Stephen R. Mick , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Barnes & Thornburg LLP, 3475 Piedmont Rd., N.E., Ste. 1700, Atlanta, GA 30305 | Barnes & Thornburg LLP, 2049 Century Park East, Ste 3550, Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD:<br>(404) 846-1693 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 284-3880 |
| MY EMAIL ADDRESS OF RECORD:<br>jeff.morgan@btlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>stephen.mick@btlaw.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 522667 .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 1/5/2017                          Jeffrey C. Morgan                     ⊞
                                         _____
                                                   APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jeffrey C. Morgan is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: 1/5/2017                          *Haywood S. Gill, Jr.*
                                         _____
                                         UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                              *October 2012*



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**      **}**

                                                 **} ss.**

**NORTHERN DISTRICT OF GEORGIA**      **}**

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JEFFREY C. MORGAN, State Bar No. 522667,** was duly admitted to practice in said Court on March 8, 2004, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 29th day of December, 2016.

JAMES N. HATTEN
CLERK OF COURT

By: _Joyce White_____

Joyce White
**Deputy Clerk**