STEPHEN R. MICK (No. 131569)
email: stephen.mick@btlaw.com
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles, California 90067-3012
Telephone: 310.284.3880
Facsimile: 310.284.2894

JEFFREY C. MORGAN (*pro hac vice*)
email: jeff.morgan@btlaw.com
BARNES & THORNBURG LLP
3475 Piedmont Road, N.E., Suite 1700
Atlanta, Georgia 30305
Telephone: 404.846.1693
Facsimile:  404.264.4033

Attorneys for Defendants
MEDASSETS, INC. AND NTHRIVE INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INC., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br> MEDASSETS, INC.; NTHRIVE INC., <br><br>　　　　　Defendants. | No.  3:16-cv-05962-HSG <br><br> Action Filed: October 14, 2016 <br><br> **ORDER GRANTING DEFENDANTS' MEDASSETS, INC. AND nTHRIVE, INC.'s REQUEST TO HAVE THEIR LEAD COUNSEL APPEAR AT THE CASE MANAGEMENT CONFERENCE TELEPHONICALLY** <br><br> Date:　　January 17, 2017 <br> Time:　　2:00 p.m. <br> Place:　　Courtroom 10 <br> Judge:　　Haywood S. Gilliam, Jr. |

Before the Court is Defendants' MedAssets, Inc. and nThrive, Inc.'s Request to Have Their Lead Counsel Appear at the Case Management Conference Telephonically [Docket No. 36] ("Request to Appear Telephonically"). Premises considered, and good cause showing therefor, it is hereby ORDERED that Defendant's Request to Appear Telephonically is GRANTED.

Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic

1 appearance.

2   SO ORDERED, this 12th day of January, 2017.

_____
Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge
Northern District of California